16298.  AHLGREN, administrator, v. WALTON.

BROYLES, C. J.  1. Where a suit is brought against the administrator of
    the estate of a decedent to recover a certain sum of money "out of the
    identical money" collected by the administrator in a certain trans-
    action, and where the action is commenced within twelve months of the
    qualification of the administrator, the suit can not be maintained,
    unless it be shown that this money collected by the administrator has
    not become intermingled with other funds of the estate.  See, in this
    connection Tiedman v. Imperial Fertilizer Co., 109 Ga. 661 (34 S. E.
    999); Ober & Sons Co. v. Cochran, 118 Ga. 396 (45 S. E. 382, 98
    Am. St. R. 118).
(a) The plaintiff can not, in the municipal court of Atlanta, trace and
    claim the specific funds which he alleged the administrator had col-
    lected.  To do this, he would have to apply to a court of equity, and
    in this State equity jurisdiction is vested solely in the superior courts.
    Civil Code (1910), § 4518.
2. Under the above-stated rulings, the judge of the municipal court of
    Atlanta properly sustained the defendant's plea in abatement and dis-
    missed the suit, and the judge of the superior court erred in sustain-
    ing the certiorari.
            Judgment reversed.  Luke and Bloodworth, JJ., concur.
        DECIDED MAY 14, 1925.  REHEARING DENIED JUNE 10, 1925.

Certiorari; from Fulton superior court—Judge E. D. Thomas.
February 3, 1925.

Application for certiorari was denied by the Supreme Court.
Harry L. Greene, McDaniel & Neely, for plaintiff in error.
W. H. Terrell, contra.